AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DARRELL WHITE,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**KEVIN STOTTS, et al.,**      **CASE NO. C2-11-153**
                                **JUDGE EDMUND A. SARGUS, JR.**
      **Defendants.**    **MAGISTRATE JUDGE NORAH MCCANN KING**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed January 4, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 4, 2012                     JAMES BONINI, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk