**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DARRELL WHITE,**

       **Plaintiff,**

  vs.                                                 Civil Action 2:11-cv-153
                                                        Judge Sargus
                                                        Magistrate Judge King

**KEVIN STOTTS,** *et al.***,**

       **Defendants.**

## ORDER

    Final judgment dismissing this case has been entered. *Opinion and Order*, Doc. No. 63; *Clerk's Judgment*, Doc. No. 64. Under these circumstances, plaintiff's motion to stay, Doc. No. 65, is **DENIED**.

<u>January 9, 2012</u>                                <u>*s/Norah McCann King*</u>
   Date                                         Norah McCann King
                                            United States Magistrate Judge