```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**DARRELL WHITE,**

        **Plaintiff,**

    **vs.**                                                   Civil Action 2:11-cv-153
                                                                     Judge Sargus
                                                                       Magistrate Judge King

**KEVIN STOTTS,** *et al.*,

        **Defendants.**


## ORDER

Final judgment dismissing this case has been entered. *Opinion and Order*, Doc. No. 63; *Clerk's Judgment*, Doc. No. 64. Under these circumstances, plaintiff's motion to stay, Doc. No. 65, is **DENIED**.


<u>January 9, 2012</u>                                <u> s/Norah McCann King </u>
   Date                                                Norah M<sup>c</sup>Cann King
                                               United States Magistrate Judge